WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Alexis Dunphy,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>Trans Union, LLC,<br>a Delaware limited liability company;<br>Equifax Information Services, LLC,<br>a Georgia corporation;<br>Experian Information Solutions, Inc., an<br>Ohio Corporation; and TMG Financial<br>Services, Inc., a foreign corporation ,<br><br>　　　　　　Defendants. | Case No.:  2:15-CV-00282-SMM<br><br><br>**O R D E R** |

　　　　Pursuant to the parties' Stipulation for Dismissal with Prejudice as to all remaining Defendants, TMG Financial Services, Inc ("TMG"), Equifax Information Services, LLC ("Equifax") and Experian Financial Solutions, Inc ("Experian"), IT IS HEREBY ORDERED dismissing this action with prejudice as to all remaining Defendants, TMG, Equifax and Experian,  with each party to bear its own attorneys' fees and costs.

　　　　IT IS FURTHER ORDERED vacating the status conference on Friday, June 12, 2015.

　　　　DATED this 5th day of June, 2015.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Honorable Stephen M. McNamee
　　　　　　　　　　　　　　　　　　　　　　　Senior United States District Judge